UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN GALAS and ROBERT BROGAN, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>   v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>                   Defendant. | No. 2:26-cv-00995-JHC<br><br>**STIPULATION AND ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: April 3, 2026** |

The Parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court.

On March 24, 2026, Plaintiffs Ivan Galas and Robert Brogan ("Plaintiffs") filed their Class Action Complaint. Dkt. # 1. Several related actions are currently pending in this District. *See Alexander Flauto et al. v. Valve Corporation*, Case No. 2:26-cv-00788-JHC; *Carlos Matamoros v. Valve Corporation*, Case No. 2:26-cv-00812-JHC. The Parties understand that counsel for plaintiffs in these related actions intend to file a stipulation or motion to consolidate and to appoint interim co-lead class counsel.

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 1
Case No. 2:26-cv-00995-JHC

The deadline for Defendant Valve Corporation ("Valve") to respond to Plaintiff's Complaint is May 25, 2026. Valve's counsel met with Plaintiffs' counsel on March 26, 2026 to discuss ongoing consolidation efforts and case scheduling.

The Parties then stipulated to the following:

1. The deadline for Valve to respond to the Complaint is vacated. The deadline for Valve to respond to the Complaint is reset to within 14 days after all motions or stipulations to consolidate and to appoint interim class counsel are resolved. But if a consolidated Complaint is to be filed following the resolution of any motion or stipulation to consolidate and appoint interim co-lead class counsel, the Parties shall meet and confer to propose a new deadline for Valve to respond to the Consolidated Complaint and to propose a briefing schedule.

2. The deadlines set in Fed. R. Civ. P. 26(f) are stayed pending resolution of the forthcoming consolidation motion or stipulation, in which the Parties will propose a schedule for further proceedings.

The Parties reserve the right to petition the Court to change these deadlines based on further developments in the case.

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 2
Case No. 2:26-cv-00995-JHC

DATED this 3rd day of April, 2026.

*s/Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

*Attorneys for Valve Corporation*

*s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536
Moses Jehng, WSBA No.64333
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
moses.jehng@hbsslaw.com

Ben Harrington (pro hac to be applied for)
Rio S. Pierce (pro hac to be applied for)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
riop@hbsslaw.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 3
Case No. 2:26-cv-00995-JHC

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this 3rd day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 4
Case No. 2:26-cv-00995-JHC